[This decision has been published in *Ohio Official Reports* at 93 Ohio St.3d 498.]

THE STATE EX REL. TRIMBLE VILLAGE, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Trimble Village v. Indus. Comm.*, 2001-Ohio-1598.]

*Workers' compensation—Court of appeals' judgment reversed.*

(No. 01-556—Submitted September 18, 2001—Decided October 31, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-669.

_____

{¶ 1} The judgment of the court of appeals is reversed and the decision of the Industrial Commission is reinstated.

RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

_____

*Ward, Kaps, Bainbridge, Maurer & Melvin* and *Matthew A. Weller,* for appellee.

*Betty D. Montgomery*, Attorney General, and *Lisa R. Miller,* Assistant Attorney General, for appellant.

_____